IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GERARDO SALDANA,                    §
                                    §
        Plaintiff,                  §
                                    §
v.                                  §
                                    §     CIVIL ACTION NO. H-13-1864
TJX COMPANIES, INC.                 §
Individually, and d/b/a             §
Marshalls,                          §
                                    §
        Defendant.                  §

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Gerardo Saldana take nothing on his claims against Defendant TJX Companies, Inc. Individually, and d/b/a Marshalls, and Plaintiff's cause of action is DISMISSED with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of December, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE